1  **BRIDGET KENNEDY**
   California State Bar No. 253416
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California 92101-5030
   Telephone (619) 234-8467
4  Facsimile (619) 687-2666
   bridget_kennedy@fd.org
5
6  Attorneys for Mr. Garcia
7
8                    UNITED STATES DISTRICT COURT
9                  FOR THE SOUTHERN DISTRICT OF CALIFORNIA
10
11 UNITED STATES OF AMERICA,        )   Case No. 08mj8185
                                    )
12              Plaintiff,           )
                                    )
13 v.                               )
                                    )   **NOTICE OF APPEARANCE**
14 **JESUS DAVID GARCIA,**          )
                                    )
15              Defendant.          )
                                    )
16
17         Pursuant to implementation of the CM/EMF procedures in the Southern District of California,
18 Bridget L. Kennedy, Federal Defenders of San Diego Inc., files this Notice of Appearance as lead attorney in
19 the above-captioned case.
20                                      Respectfully submitted,
21 Dated: March 3, 2008                 _s/ Bridget Kennedy_____
                                        Federal Defenders of San Diego, Inc.
22                                      *bridget_kennedy@fd.org*