**BRIDGET KENNEDY**
California State Bar No. 253416
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone (619) 234-8467
Facsimile (619) 687-2666
bridget_kennedy@fd.org

Attorneys for Mr. Garcia

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>**JESUS DAVID GARCIA,**<br><br>　　　　　Defendant. | Case No. 08mj8185<br><br>PROOF OF SERVICE |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served via CM/ECF this day upon:

**United States Attorney**
efile.dkt.gc1@usdoj.gov

Dated: March 3, 2008                    _s/ Bridget L. Kennedy_
　　　　　　　　　　　　　　　　　　　　　　**BRIDGET L. KENNEDY**
　　　　　　　　　　　　　　　　　　　　　　Federal Defenders
　　　　　　　　　　　　　　　　　　　　　　225 Broadway, Suite 900
　　　　　　　　　　　　　　　　　　　　　　San Diego, CA 92101-5030
　　　　　　　　　　　　　　　　　　　　　　(619) 234-8467  (tel)
　　　　　　　　　　　　　　　　　　　　　　(619) 687-2666  (fax)
　　　　　　　　　　　　　　　　　　　　　　e-mail:bridget_kennedy@fd.org