UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08 CR 0726 DMS |
| Plaintiff, ) | |
| ) | I N D I C T M E N T |
| v. ) | Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana; |
| JESUS DAVID GARCIA, ) | Title 21, U.S.C., Sec. 841(a)(1) - Possession of Marijuana with |
| Defendant. ) | Intent to Distribute |

The grand jury charges:

Count 1

On or about February 28, 2008, within the Southern District of California, defendant JESUS DAVID GARCIA did knowingly and intentionally import approximately 42.22 kilograms (approximately 92.88 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

//
//
//
//
//

CPH:fer:Imperial
3/11/08

Count 2

On or about February 28, 2008, within the Southern District of California, defendant JESUS DAVID GARCIA did knowingly and intentionally possess, with intent to distribute, approximately 42.22 kilograms (approximately 92.88 pounds) of marijuana, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

DATED: March 12, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
CAROLINE P. HAN
Assistant U.S. Attorney