BRIDGET KENNEDY
California State Bar No. 253416
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 685-3716
Facsimile: (619) 687-2666
bridget_kennedy@fd.org

Attorneys for Mr. Garcia

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE DANA M. SABRAW)**

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | Case No. 08CR0726-DMS |
| )  Plaintiff,   ) | Date: April 25, 2008 |
| )  | Time: 11:00 a.m. |
| v.   ) | |
| )  | MOTION FOR ORDER |
| **JESUS DAVID GARCIA,**   ) | TO SHORTEN TIME |
| )  Defendant.   ) | |

The above-named defendant, by and through counsel, moves this Court for an order shortening time to file the Notice of Motion and Motion to Compel Discovery/Preserve Evidence; to Preserve and Re-Weigh Narcotic Evidence, to Suppress Statements, to Suppress Information Seized from Warrantless Search of Cellular Telephone, and Grant Leave to File Further Motions to nine (9) days, for the following reasons:

Press of Business.

Respectfully submitted,

s/ Bridget Kennedy

Dated: April 15, 2008

BRIDGET KENNEDY
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Garcia,