1 **BRIDGET KENNEDY**
California State Bar No. 253416
2 FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3 San Diego, California 92101-5030
Telephone (619) 234-8467
4 Facsimile (619) 687-2666
bridget_kennedy@fd.org
5
6 Attorneys for Mr. Garcia

7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10                   **(HONORABLE DANA M. SABRAW)**

11 UNITED STATES OF AMERICA,       )    Case No. 08CR0726-DMS
                                   )
12                  Plaintiff,     )
                                   )
13 v.                              )    PROOF OF SERVICE
                                   )
14 **JESUS DAVID GARCIA,**         )
                                   )
15                  Defendant.     )
                                   )

16

17         Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of

18 her information and belief, and that a copy of the foregoing document has been served via CM/ECF this day

19 upon:

20         **CHRISTINA MCCALL, Assistant United States Attorney**
           Christina.McCall@usdoj.gov,efile.dkt.gc1@usdoj.gov,ginger.stacey@usdoj.gov
21

22 Dated: April 15, 2008                    *s/ Bridget L. Kennedy*
                                            **BRIDGET L. KENNEDY**
23                                          Federal Defenders
                                            225 Broadway, Suite 900
24                                          San Diego, CA 92101-5030
                                            (619) 234-8467  (tel)
25                                          (619) 687-2666  (fax)
                                            e-mail:bridget_kennedy@fd.org
26

27

28