UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE DANA M. SABRAW)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08CR0726-DMS |
| Plaintiff, | ) | |
| v. | ) | ORDER TO SHORTEN TIME |
| JESUS DAVID GARCIA, | ) | |
| Defendant. | ) | |

Motion to shorten time having been made in the above-entitled matter, the Court being fully advised and good cause appearing therefore,

**IT IS HEREBY ORDERED** the motion for an Order to Shorten time be **GRANTED** and, the time for hearing the matter for the Defendant's Notice of Motions and Motions to Dismiss the Indictment Due to the Misinstruction of the Grand Jury to nine (9) days, to be heard April 25, 2008 at 11:00 a.m., or as soon thereafter as counsel may be heard.

**SO ORDERED.**

DATED: April 15, 2008

_____
HON. DANA M. SABRAW
United States District Judge