UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE DANA M. SABRAW)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 08CR0726-DMS |
| Plaintiff, | |
| v. | |
| | ORDER TO SHORTEN TIME |
| JESUS DAVID GARCIA, | |
| Defendant. | |

Motion to shorten time having been made in the above-entitled matter, the Court being fully advised and good cause appearing therefore,

**IT IS HEREBY ORDERED** the motion for an Order to Shorten time be **GRANTED** and, the time for hearing the matter for the Defendant's Notice of Motions and Motions to Compel Discovery/Preserve Evidence; Preserve and Re-Weigh Narcotic Evidence; Suppress Statements; Suppress Information Seized from Warrantless Search of Cellular Telephone and Grant Leave to File Further Motions to nine (9) days, to be heard April 25, 2008 at 11:00 a.m., or as soon thereafter as counsel may be heard.

**SO ORDERED.**

DATED: April 15, 2008

_____
HON. DANA M. SABRAW
United States District Judge