1  **BRIDGET KENNEDY**
   California State Bar No. 253416
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California 92101-5030
   Telephone: (619) 234-8467, ext. 3740
4  Fax: (619) 687-2666
   Bridget_Kennedy@fd.org
5

6  Attorneys for Mr. Garcia

7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10                     (**HONORABLE DANA M. SABRAW**)

11 | UNITED STATES OF AMERICA, | ) | CASE NO. 08CR0726-DMS |
12 | Plaintiff, | ) | DATE: April 25, 2008 |
   |            | ) | TIME: 11:00 a.m. |
13 | v. | ) | |
   |    | ) | NOTICE OF MOTIONS AND |
14 | JESUS DAVID GARCIA, | ) | MOTIONS: |
15 | Defendant. | ) | (1) TO DISMISS THE INDICTMENT DUE TO |
   |            | ) |     MISINSTRUCTION OF |
16 |            | ) |     THE GRAND JURY |

17 **TO:  KAREN P. HEWITT, UNITED STATES ATTORNEY, AND
18       CHRISTINA McCALL, ASSISTANT UNITED STATES ATTORNEY:**

19     PLEASE TAKE NOTICE that on April 25, 2008, at 11:00 a.m. or as soon thereafter as

20 counsel may be heard, the defendant, Jesus David Garcia, by and through his counsel, Bridget

21 Kennedy and Federal Defenders of San Diego, Inc., will ask this Court to enter an order granting the

22 following motions.

23 //
24 //
25 //
26 //
27 //
28 //

**MOTIONS**

The defendant, Jesus David Garcia, by and through his attorneys, Bridget Kennedy and Federal Defenders of San Diego, Inc., pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law and local rules, hereby moves this Court for an order:

1) dismiss the Indictment due to misinstruction of the Grand Jury.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, and all other materials that may come to this Court's attention at the time of the hearing on these motions.

Respectfully submitted,

s/ *Bridget Kennedy*

Dated: April 15, 2008     **BRIDGET KENNEDY**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Garcia