**UNITED STATES v. JESUS DAVID GARCIA**
**08CR0726-DMS**

# LIST OF EXHIBIT

Exhibit A Partial Grand Jury Transcript . . . . . . . . . . 1-33

Exhibit B Grand Jury Transcript . . . . . . . . . . 34-102