FILED

08 APR 25 PM 4:20

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE DANA M. SABRAW)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>**JESUS DAVID GARCIA,**<br><br>　　　　Defendant. | CASE NO. 08CR0726-DMS<br><br>Date: April 25, 2008<br>Time: 11:00 a.m.<br><br><br>**ORDER TO PRESERVE EVIDENCE** |

**FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED** that:

The government preserve the following evidence during the pendency of this case: the vehicle seized in this case, any and all of the vehicle's parts, including those which may have been removed or taken off the body of the vehicle, all of the contents of the vehicle and any personal effects taken from Mr. Garcia. Further, that all government agencies and private contractors having custody of such evidence be notified of this preservation order and that defense counsel and/or their agents and investigators be granted access to the vehicle.

**SO ORDERED.**

DATED: __4-25-08__　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　HONORABLE DANA M. SABRAW
　　　　　　　　　　　　　　　　　　　　　United States District Court Judge