FILED
'08 APR 25 PM 4:20
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE DANA M. SABRAW)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>JESUS DAVID GARCIA,<br><br>  Defendant. | Case: 08CR0726-DMS<br><br>Date: April 25, 2008<br>Time: 11:00 a.m.<br><br>**ORDER TO PRESERVE AND RE-WEIGH NARCOTIC EVIDENCE** |

**IT IS HEREBY ORDERED** that the United States government and its agents make available to the defense attorney and her agents, for examination and weighing, the drugs seized in the above-referenced case. The government and its agents are further ordered not to destroy, transfer, or otherwise dispose of the drugs prior to their weighing, without emergency application to this Court, notice to Mr. Garcia, and an opportunity to respond.

**SO ORDERED.**

Dated: 4-25-08

HONORABLE DANA M. SABRAW
U.S. District Court Judge