**BRIDGET KENNEDY**
California State Bar No. 253416
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone (619) 234-8467
Facsimile (619) 687-2666
bridget_kennedy@fd.org

Attorneys for Mr. Garcia

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE DANA M. SABRAW)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08cr0726-DMS |
| Plaintiff, | ) | |
| v. | ) | **JOINT MOTION TO CONTINUE SENTENCING HEARING** |
| **JESUS DAVID GARCIA**, | ) | |
| Defendant. | ) | |

Good cause appearing, **IT IS HEREBY AGREED BETWEEN THE PARTIES**, Bridget L. Kennedy, and Federal Defenders of San Diego, counsel for Mr. Jesus David Garcia, along with Assistant United States Attorney Christina McCall, that the sentencing hearing currently set for August 22, 2008, be rescheduled to September 12, 2008, at 9:30 a.m.

Dated: August 15, 2008              *s/ Bridget L. Kennedy*
                                    **BRIDGET L. KENNEDY**
                                    Federal Defenders of San Diego, Inc.
                                    Attorneys for Mr. Jesus David Garcia

Dated: August 15, 2008              *s/ Christina McCall*
                                    **CHRISTINA McCALL**
                                    Assistant United States Attorney