UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE DANA M. SABRAW)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08cr0726DMS |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| **JESUS DAVID GARCIA,** | ) | |
| Defendant. | ) | |

**IT IS HEREBY ORDERED** that the joint motion (docket no.26) requesting the continuance of the sentencing hearing currently set for August 22, 2008 and continued to September 12, 2008 at 9:30 a.m., be **GRANTED.**

**SO ORDERED.**

DATED:   August 18, 2008

_____
HON. DANA M. SABRAW
United States District Judge