BRIDGET KENNEDY
California State Bar No. 253416
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 685-3716
Facsimile: (619) 687-2666
bridget_kennedy@fd.org

Attorneys for Mr. Garcia

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE DANA M. SABRAW)

| UNITED STATES OF AMERICA, | ) | Case No. 08CR0726-DMS |
|---|---|---|
| Plaintiff, | ) | Date: September 12, 2008 |
| | ) | Time: 9:00 a.m. |
| v. | ) | |
| | ) | MOTION FOR ORDER |
| **JESUS DAVID GARCIA,** | ) | <u>TO SHORTEN TIME</u> |
| Defendant. | ) | |

    The above-named defendant, by and through counsel, moves this Court for an order shortening time to file the Defendant's Sentencing Memorandum to two (2) days, for the following reasons:

    Press of Business.

                                                           Respectfully submitted,

                                                           <u>s/ Bridget Kennedy</u>

Dated: September 10, 2008               BRIDGET KENNEDY
                                                            Federal Defenders of San Diego, Inc.
                                                            Attorneys for Mr. Garcia,