**BRIDGET KENNEDY**
California State Bar No. 253416
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone (619) 234-8467
Facsimile (619) 687-2666
bridget_kennedy@fd.org

Attorneys for Mr. Garcia

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE DANA M. SABRAW)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08CR0726-DMS |
| Plaintiff, | ) | |
| v. | ) | PROOF OF SERVICE |
| **JESUS DAVID GARCIA,** | ) | |
| Defendant. | ) | |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served via CM/ECF this day upon:

**CHRISTINA McCALL, Assistant United States Attorney**
Christina.McCall@usdoj.gov, efile.dkt.gc1@usdoj.gov

Dated: September 10, 2008      *s/ Bridget L. Kennedy*
**BRIDGET L. KENNEDY**
Federal Defenders of San Diego, Inc.,
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel)
(619) 687-2666 (fax)
e-mail:bridget_kennedy@fd.org