UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE DANA M. SABRAW)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08CR0726-DMS |
| Plaintiff, ) | |
| v. ) | ORDER TO SHORTEN TIME |
| JESUS DAVID GARCIA, ) | |
| Defendant. ) | |

Motion to shorten time having been made in the above-entitled matter, the Court being fully advised and good cause appearing therefore,

**IT IS HEREBY ORDERED** the motion for an Order to Shorten time be **GRANTED** and, the time for hearing the Defendant's Sentencing Memorandum to two (2) days, to be heard September 12, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard.

**SO ORDERED.**

DATED: September 11, 2008

_____
HON. DANA M. SABRAW
United States District Judge